**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Cheri Muhammad<br>    Rahim Muhammad<br>            Debtor(s) | Case No. 14-14857 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/21/2014.

2) The plan was confirmed on 07/09/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 09/02/2015.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 14-14857    Doc 42    Filed 12/14/15    Entered 12/14/15 12:16:03    Desc Main
Document      Page 2 of 4

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,800.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,800.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,004.90 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $142.07 |
| Other | $23.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,169.97** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED RECOVERY SYSTEMS | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED RECOVERY SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 0.00 | 88.01 | 88.01 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 1,659.00 | 1,628.14 | 1,628.14 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 833.00 | 2,333.50 | 2,333.50 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 700.00 | 700.00 | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 2,194.00 | NA | NA | 0.00 | 0.00 |
| ASHRO LIFESTYLE | Unsecured | 364.00 | 364.00 | 364.00 | 0.00 | 0.00 |
| Associated Receivable | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Balaban Furniture | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH | Unsecured | 0.00 | 5,339.93 | 5,339.93 | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 10,350.60 | 10,350.60 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CASH LOANS BY BMAC | Unsecured | 575.00 | 575.45 | 575.45 | 0.00 | 0.00 |
| CAVALRY SPV I | Unsecured | 591.00 | 590.66 | 590.66 | 0.00 | 0.00 |
| Cba Collection Burea | Unsecured | 887.00 | NA | NA | 0.00 | 0.00 |
| Cba Collection Burea | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,650.00 | 3,557.00 | 3,557.00 | 0.00 | 0.00 |
| CNAC | Unsecured | 7,822.00 | NA | NA | 0.00 | 0.00 |
| Collecto US Asset Management | Unsecured | 1,501.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 0.00 | 2,995.03 | 2,995.03 | 0.00 | 0.00 |
| CONTINENTAL FURNITURE | Unsecured | 2,458.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FURNITURE | Secured | 800.00 | NA | 500.00 | 140.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 1,997.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEBT RECOVERY SOLUTION | Unsecured | 977.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATL BK MACY | Unsecured | 966.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 957.00 | 15,976.12 | 0.00 | 0.00 | 0.00 |
| ENHANCED ACQ | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 1,051.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ER Solution, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Outsourcing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FORTIVA | Unsecured | 1,860.00 | 1,977.06 | 1,977.06 | 0.00 | 0.00 |
| Fortiva Financial | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| Glhegc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield, Inc | Unsecured | 4,550.00 | NA | NA | 0.00 | 0.00 |
| HZ CNAC | Secured | 2,000.00 | 9,276.84 | 9,276.84 | 166.85 | 323.18 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 279.00 | 279.13 | 279.13 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,501.84 | 1,501.84 | 0.00 | 0.00 |
| Kenwood | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LEEDERS & ASSOC LTD | Unsecured | NA | 2,486.00 | 2,486.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 3,843.62 | 3,843.62 | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACCOUNT SERVICES | Unsecured | 112.00 | 112.41 | 112.41 | 0.00 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Unsecured | NA | 39,037.44 | 0.00 | 0.00 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL QUICK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,212.00 | NA | NA | 0.00 | 0.00 |
| NECP LLC | Unsecured | 14,202.00 | 14,202.94 | 14,202.94 | 0.00 | 0.00 |
| Ntl Acct Srv | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| Pentagroup | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 286.00 | 2,723.79 | 2,723.79 | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| Proffesional Account Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performanc | Unsecured | 1,978.00 | NA | NA | 0.00 | 0.00 |
| Riverstone Apartmetns | Unsecured | 4,195.00 | NA | NA | 0.00 | 0.00 |
| Romarez Moody | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 455.00 | 1,316.65 | 1,316.65 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 0.00 | 27,608.70 | 27,608.70 | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN | Unsecured | 1,423.00 | NA | NA | 0.00 | 0.00 |
| Terrance S. Leeders | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT LOA | Unsecured | NA | 9,090.01 | 0.00 | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 29,371.00 | 4,283.97 | 0.00 | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Village Oak Lawn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Waltz, Palmer, Dawson | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEB Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEB Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO ED FIN SVC | Unsecured | 679.00 | 3,528.75 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,776.84 | $306.85 | $323.18 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,776.84** | **$306.85** | **$323.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,574.46** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,169.97 |
| Disbursements to Creditors | $630.03 |
| **TOTAL DISBURSEMENTS :** | **$3,800.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/14/2015                         By: /s/ Tom Vaughn
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**